J. DAVID ACKERMAN et al., Appellants, *v.* MARCUS BRAUNSTEIN, Respondent.

JULIUS M. WIEL et al., Appellants, *v.* SAME, Respondent.

DAVID A. SALSIN, Appellant, *v.* SAME, Respondent.

(Argued October 5, 1886; decided October 12, 1886.)

*Louis Marshall* for motion.

*Samuel R. Stern* opposed.

Agree to grant motion to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Application of the CITY OF ROCHESTER, to Acquire Water Rights, etc.

(Submitted October 5, 1886; decided October 12, 1886.)

*Theodore Bacon* for motion.

*Ivan Powers* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.